LONE STAR CEMENT COMPANY *v.* INTERNATIONAL REINSURANCE CORPORATION *et al.*

ATKINSON, Justice. The principle set forth in *Industrial Realty Co.* v. *International Reinsurance Corporation*, 183 *Ga.*, 605, controls the instant case.

*Judgment affirmed. All the Justices concur, except Russell, C. J., and Hutcheson, J., who dissent.*

No. 11357. NOVEMBER 27, 1936. REHEARING DENIED DECEMBER 10, 1936.

*Harold Hirsch, Marion Smith,* and *D. F. McClatchey Jr.,* for plaintiff in error.

*Alston, Alston, Foster & Moise, Walter DeFore, James C. Estes, Henry J. Miller, Gilbert C. Robinson, Harris, Harris, Russell & Weaver,* and *Little, Powell, Reid & Goldstein,* contra.